UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MOHAMED ABDI,                                                      Civil No.  12-883 JNE/AJB

    Plaintiff,

v.                                                                                    O R D E R

ALLIED MEDIA CORP., and
SONY CORPORATION OF AMERICA,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 16, 2012, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DATED: 5-2, 2012.

                                                s/  Joan N. Ericksen
                                                Judge Joan N. Ericksen
                                                U. S. District Court